UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. RAQUEL DELGADO (2), Defendant. | Case No.: 18cr1304 AJB<br><br>**ORDER AND JUDGMENT TO DISMISS THE INFORMATION WITHOUT PREJUDICE**<br><br>**(Doc. No. 36)** |
|---|---|

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above entitled case be dismissed without prejudice as to Defendant Raquel Delgado *only*.

IT IS SO ORDERED.

Dated: April 6, 2018

Hon. Anthony J. Battaglia
United States District Judge